1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Trevor W. Barrett (SBN 287174)
3  tbarrett@donigerlawfirm.com
   Kelsey Schultz (SBN 328159)
4  kschultz@donigerlawfirm.com
5  DONIGER / BURROUGHS
   603 Rose Avenue
6  Venice, California 90291
7  Telephone: (310) 590-1820

8  *Attorneys for Plaintiff*

9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**

11 | CARIBBEAN BLUES, INC., doing business as "EKB Textiles," a California Corporation, | Case No.: 2:22-cv-05659-DSF-AS |
   | --- | --- |
   | | *Hon. Dale S. Fischer Presiding* |
   | Plaintiff, | **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
   | v. | |
   | ZOETOP BUSINESS CO., LTD., et al. | **[FRCP 41(a)(1)(A)(ii)]** |
   | Defendants. | |

- 1 -

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD,

PLEASE TAKE NOTICE that Plaintiff Caribbean Blues, Inc. d/b/a "EKB Textiles" and Defendants Zoetop Business Co., Ltd., individually and doing business as "SheIn," Shein Distribution Corp., and Roadget Business Pte, Ltd., individually and doing business as "Emery Rose" (collectively, the "Parties"), hereby STIPULATE to the following, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

1. This entire action is hereby dismissed in its entirety with prejudice; and
2. The Parties will each bear their respective costs and attorney's fees as incurred against one another in connection with this action.

IT IS SO STIPULATED.

Respectfully submitted,

Date: June 29, 2023    By:    /s/ Kelsey M. Schultz
Stephen M. Doniger, Esq.
Trevor W. Barrett, Esq.
Kelsey M. Schultz, Esq
DONIGER / BURROUGHS
*Attorneys for Plaintiff*

Date: June 29, 2023    By:    /s/ Thomas P. Burke, Jr.
Morgan E. Pietz, Esq.
Thomas P. Burke, Jr., Esq.
PIETZ & SHAHRIARI LLP
*Attorneys for Defendants*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 29, 2023    By:    /s/ Kelsey M. Schultz
Kelsey M. Schultz, Esq.